
P1252691

WESLEY GACHETT
PLAINTIFF
- vs -
DEVILLE ASSET MANAGEMENT, LTD., ET AL
DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Docket No. 2:18-CV-16119-WJM-MF

**Person to be Served**
DEVILLE ASSET MANAGEMENT, LTD.
C/O THE CORPORATION TRUST COMPANY 820 BEAR TAVERN RD
WEST TRENTON, NJ 08628

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET, CLASS ACTION COMPLAINT, EXHIBITS
**Service Data:**
Served Successfully **X** Not Served _____ Date: 02/11/2019 Time: 3:00 PM Attempts: _____

___ Delivered a copy to him/her personally

Name of person served and relationship / title:

KELSEA HOLTON

___ Left a copy with a competent household member of over 14 years of age residing therein.

INTAKE SPECIALIST

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **AUBURN**   APP.AGE: **30**   APP. HT: **5'4**   APP. WT: **125**
OTHER:

Comments Or Remarks:

*Edward J. McDonald*

Sworn to before me this
14 day of FEB, 2019

I, JOHN ZISA, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server Date

Client File Number:

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

Edward J. McDonald
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES OCTOBER 21, 2019