UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WESLEY GACHETT, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>DEVILLE ASSET MANAGEMENT, LTD;<br>VIP CAPITAL CORPORATION;<br>JBL HOLDINGS LLC;<br>JAY B. LEDFORD; and<br>JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No.: 2:18-cv-16119-WJM-MF<br><br>**ORDER FOR STAY AND<br>ADMINISTRATIVE TERMINATION** |

This matter having come before the Court by Plaintiff's request to stay this matter (ECF No. 5) pending the proceedings in *Securities and Exchange Commission v. Kevin B. Merrill, et al.*, RDB-18-2844 and *United States v. Kevin B. Merrill, et al.*, Criminal No. RDB-18-0465 currently pending in the District of Maryland, and therefore,

**IT IS** on this _22nd_ day of April 2019

**ORDERED** that this action is hereby stayed and administratively terminated, that this termination shall not constitute a dismissal under Fed. R. Civ. P. 41, and does not bear any consequences for purposes of the statute of limitations; and it is further

**ORDERED** that Plaintiff shall file a letter to restore this matter once the civil and criminal proceedings in the District of Maryland have been resolved.

_____
Hon. William J. Martini, U.S.D.J.

Page **1** of **1**