# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WESLEY GACHETT, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>DEVILLE ASSET MANAGEMENT, LTD;<br>VIP CAPITAL CORPORATION;<br>JBL HOLDINGS LLC;<br>JAY B. LEDFORD; and<br>JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:18-cv-16119-WJM-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**WITHOUT PREJUDICE** |

The undersigned, counsel for Plaintiff, represents that Defendants have not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action without prejudice as to his individual claims and without prejudice as to the claims of the putative class, and without costs.

DATED: May 27, 2020

KIM LAW FIRM LLC
Attorneys for Plaintiff

*s/Yongmoon Kim*
Yongmoon Kim

SO ORDERED:

_____
William J. Martini, U.S.D.J.

DATED: 5/28/20